UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 3:12-0737 |
| | ) | |
| RUTHERFORD COUNTY TENNESSEE | ) | |

## NOTICE OF MOTION TO INTERVENE

"PLEASE TAKE NOTICE that Henry Golcynski, Lisa Moore, Kevin Fisher, John Lilley, Marlena Gregory, Caleb Gregory, Brian Gregory, June Lilley Holt, Jim McCormack III, Annmarie Shannon, Shane Davis, and Ronald Todd, residents and landowners who are adjacent and neighbors of the Islamic Center of Murfreesboro in Rutherford County, Tennessee, by and through their undersigned counsel, will move this Court before the Hon. Kevin Sharp, at the United States Courthouse, on July 30, 2012 at 3:30pm, or earlier if possible and necessary to preserve the status quo for an Order granting an expedited Hearing pursuant to Fed. R. Civ. P. 6(c) to:

(1) Grant their Motion to Intervene in this cause ,

(2) Grant their Motion to Declare that the Temporary Restraining Order against the Defendant Rutherford County issued July 18, 2012 is dissolved, and

(3) Such other relief as the Court deems proper.

Respectfully Submitted,

_____
JOE M. BRANDON, JR. #016601
119 North Maple Street
Murfreesboro TN 37130
(615) 890-3656

_____
J. THOMAS SMITH #003613
2020 Fieldstone Parkway
Suite 900-264
Franklin, Tennessee 37069-4337
(615) 790-2150

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was electronically filed this 26th day of July, 2012. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Joe M. Brandon

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) NO. 3:12-0737 |
| | ) |
| RUTHERFORD COUNTY TENNESSEE | ) |
| | ) |

## MOTION TO INTERVENE

Henry Golcynski, Lisa Moore, Kevin Fisher, John Lilley, Marlena Gregory, Caleb Gregory, Brian Gregory, June Lilley Holt, Jim McCormack III, Annmarie Shannon, Shane Davis, and Ronald Todd, residents and landowners who are immediate neighbors of the Islamic Center of Murfreesboro in Rutherford County, Tennessee, move by and through counsel to intervene as Intervening Plaintiffs pursuant to Fed. R. Civ. P. 24(a) in order to file the attached Proposed Emergency Motion to Dissolve the Temporary Restraining Order, setting forth the claims for which intervention is sought. The grounds for intervention are set forth in the attached Memorandum in Support, which is incorporated herein by reference.

Respectfully Submitted,

_____
JOE M. BRANDON, JR. #016601
119 North Maple Street
Murfreesboro TN 37130
(615) 890-3656

J. THOMAS SMITH    #003613
2020 Fieldstone Parkway
Suite 900-264
Franklin, Tennessee 37069-4337
(615) 790-2150

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was electronically filed this 26th day of July, 2012. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Joe M. Brandon