UNITED STATES DISTRICT COURT
MIDDLE DIVISION OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:12-cv-00737 |
| | ) | JUDGE SHARP |
| RUTHERFORD COUNTY, TENNESSEE, | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF INTENT TO FILE A RESPONSE TO MOTION TO INTERVENE

Defendant Rutherford County hereby files this Notice of Intent to File a Response to Motion to Intervene. The putative intervenors filed a Motion to Intervene on July 26, 2012. The Plaintiff filed a Response to Motion to Intervene on July 30, 2012. The putative intervenors filed a Reply on July 31, 2012. At this point, the Court has not set a hearing on the Motion.

Defendant Rutherford County intends to file a Response to Motion to Intervene on or before August 7, 2012 and respectfully requests the Court delay any hearing on the Motion until then.

1

Respectfully submitted,

Cope, Hudson, Reed & McCreary, PLLC


By: /s/ Josh A. McCreary
    James C. Cope, #3340
    Josh A. McCreary, #19498
    E. Evan Cope, #21436
    16 Public Square North
    Murfreesboro, TN  37130
    (615) 893-5522
    jcope@mborolaw.com
    jmccreary@mborolaw.com
    ecope@mborolaw.com


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following via the District Court's electronic filing system:

Jerry E. Martin
United States Attorney
   for the Middle District of Tennessee
United States' Attorney's Office
110 9th Ave. South, Suite A961
Nashville, TN  37203

Matthew M. Curley
Civil Chief
United States' Attorney's Office
110 9th Ave. South, Suite A961
Nashville, TN  37203

Thomas E. Perez
Assistant Attorney General
Civil Rights Division
Steven H. Rosenbaum
Chief
Attorney General's Office
Michael S. Maurer
Deputy Chief
Eric W.Treene
Special Counsel
Sean R. Keveney
Mazen Basrawi
Trial Attorneys
Housing and Civil Enforcement Section
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C.  20530

J. Thomas Smith
2020 Fieldstone Parkway
Suite 900-264
Franklin, TN  37069-4337

Joe M. Brandon, Jr.
119 North Maple St.
Murfreesboro, TN  37130

on this 1st day of August, 2012.

                                           /s/ Josh A. McCreary
                                           Josh A. McCreary