UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-0737 |
| ) | Judge Sharp |
| RUTHERFORD COUNTY TENNESSEE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Amended Motion to Intervene (Docket No. 23) filed by Henry Golcynski, Lisa Moore, Kevin Fisher, John Lilley, Marlena Gregory, Caleb Gregory, Brian Gregory, Jim Holt, June Lilley Holt, Jim McCormack III, Annmarie Shannon, Shane Davis, and Ronald Todd is hereby GRANTED, and those individuals are permitted to intervene to present their position as to (1) whether the Chancery Court Orders constitute a land use regulation for purposes of the Religious Land Use and Institutionalized Act; and, if so, (2) whether Rutherford County's following of the Orders place a substantial burden on the Islamic Center of Murfreesboro within the meaning of the Act.

The Clerk is directed to file the Interveners' Cross-Complaint (Docket No. 23-5) under a separate docket number. Service of process shall not issue on that Complaint, and the Cross-Defendants identified in that Complaint need not Answer or otherwise respond unless directed to do so by further Order of the Court.

It is SO ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE