UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. )NO. 3:12-cv-0737 | |
| ) | |
| RUTHERFORD COUNTY, TENNESSEE ) Magistrate Judge Brown | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Pursuant to the Notice of Chancery Order Dismissing Case (Docket Entry 75) and Stipulation of Dismissal (Docket Entry 76), the telephone conference scheduled for July 29, 2014 before the Magistrate Judge is hereby **CANCELED**.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge