UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-0737 |
| v. | ) | Judge Sharp |
| | ) | |
| RUTHERFORD COUNTY, TENNESSEE | ) | |
| | ) | |

*************************************************************************

| | | |
|---|---|---|
| ISLAMIC CENTER OF MURFREESBORO et al., | ) ) | |
| | ) | No. 3:12-0738 |
| v. | ) | Judge Sharp |
| | ) | |
| RUTHERFORD COUNTY, TENNESSEE | ) ) | |

**O R D E R**

Pursuant to the Stipulation of Dismissal (Case No. 3:12-0737, Docket No. 76, Case No. 3:12-0738, Docket No. 32) ) filed by the parties, these actions are hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE